IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, I | : | CIVIL ACTION |
| | : | NO.  12-4679 |
| v. | : | |
| | : | |
| DAVID S. OWENS, et al. | : | |

**O R D E R**

AND NOW, this 28th day of September, 2012, having considered plaintiff Derrick Dale Fontroy I's motion to proceed in forma pauperis (Document No. 1) it is hereby ORDERED that:

1. The motion to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.  If he seeks to continue with this case, plaintiff must remit the filing fee of $350 to the Clerk of Court within thirty (30) days of the date of this Order.

2. The Clerk of Court shall mark this case CLOSED for statistical purposes.

**BY THE COURT:**


___*Thomas N. O'Neill /s/*_____
**THOMAS N. O'NEILL, JR., J.**